# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEY KADMIRI,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 81463

FILED

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for genetic marker analysis. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the appeal on July 8, 2020. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

          Gibbons , J.

Stiglich , J.

Silver , J.

cc:    Hon. Eric Johnson, District Judge
       Joey Kadmiri
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk